**ORIGINAL**

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Civil No. 01-CV-572 JMR/FLN

TWIN CITY FLOOR COVERING INDUSTRY PENSION FUND AND TWIN CITY FLOOR COVERING INDUSTRY FRINGE BENEFIT TRUST FUND,

Plaintiffs,

vs.

LAKE COUNTRY FLOORING, LAKE COUNTRY FLOORS, INC. and RUSSELL JONES, individually

Defendants.

**ORDER TO SHOW CAUSE**

The above matter came before the Court upon Plaintiffs' Motion Seeking an Order to Show Cause to hold Defendants in civil contempt for failure to obey the Court's previous Order dated July 9, 2001, which ordered Defendants to produce fringe benefit fund reports for the period April, 2000 and July, 2000 through the date of the Order. Pursuant to that Motion, the Court now makes the following Order:

IT IS HEREBY ORDERED:

1. Defendants are hereby ordered to personally appear before this Court on March 22, 2002 at 9:30 a.m. at the United States Courthouse, Courtroom 3, 316 North Robert Street, St. Paul, Minnesota to show cause, if any, why a contempt of court order should not be entered adjudging the Defendants in civil contempt of this Court for continuing to refuse to produce fringe benefit fund reports for the period April, 2000 and July, 2000 to July, 2001 and that Defendant Russell Jones, individually and as officer of

FILED
RICHARD D. SLETTEN, CLERK
MAR 7 2002
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

Defendant Lake Country Flooring, Inc., should show cause why he should not be committed to confinement until compliance with the Court's Order of July 9, 2001.

BY THE COURT:

Date: March 6th, 2002

James M. Rosenbaum
United States District Court Judge